**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BEVERLEY JANE WELLINGTON, pro se,**<br>**in her capacity as Executor of the Estate of**<br>**ANDREW BRENTON BARRY, a nonresident,**<br>**non-citizen,**<br>**Petitioner,**<br>**v.**<br>**INTERNAL REVENUE SERVICE;**<br>**SCOTT BESSENT, in his official capacity as**<br>**Acting Commissioner of Internal Revenue**<br>**Service; KENNETH J. KIES, in his Official**<br>**capacity as Deputy Commissioner and Chief**<br>**Counsel,**<br>**Respondents.** | **CASE No. 1:26-cv-00045-TJK**<br><br>**REQUEST FOR CLERK'S ENTRY**<br>**OF DEFAULT PURSUANT TO**<br>**FED. R. CIV. P. 55(a)**<br><br>**Judge: TIMOTHY J. KELLY** |

---

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Federal Rule of Civil Procedure 55(a), Petitioner Beverley Jane Wellington hereby requests that the Clerk of Court enter default against Respondents Internal Revenue Service, Scott Bessent in his official capacity as Acting Commissioner of Internal Revenue Service, and Kenneth J. Kies in his official capacity as Deputy Commissioner and Chief Counsel, on the grounds that said Respondents have failed to plead or otherwise defend as required by law.

In support of this request, Petitioner states as follows:

1. On January 8, 2026, Petitioner filed her Petition for Writ of Mandamus in the above-captioned action. (ECF No. 1.)

2. On January 8, 2026, the Clerk of Court issued Summons as to Respondents Scott Bessent, Internal Revenue Service, the U.S. Attorney, and the U.S. Attorney General.

3. On February 2, 2026, Petitioner served the Petition and Summons upon all Respondents by United States Postal Service Certified Mail, Return Receipt Electronic, as follows:

(a) The Attorney General of the United States at the U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530. Delivered February 2, 2026 at 4:53 a.m. (Tracking No. 9214 8902 3589 0900 0037 0272 19.)

(b) The Civil Process Clerk, United States Attorney's Office for the District of Columbia, 601 D Street NW, Washington, DC 20530. Delivered February 2, 2026 at 4:53 a.m. (Tracking No. 9214 8902 3589 0900 0037 0272 57.)

(c) The Internal Revenue Service, 1111 Constitution Avenue NW, Washington, DC 20224. Delivered February 2, 2026 at 9:35 a.m. (Tracking No. 9214 8902 3589 0900 0037 0269 77.)

4. Proof of service was filed with this Court on April 3, 2026. (ECF No. 7.)

5. Under Federal Rule of Civil Procedure 12(a)(2), a United States agency or officer sued in an official capacity must serve an answer to a complaint, or a motion under Rule 12, within 60 days after service on the United States Attorney.

6. Sixty days from February 2, 2026 is April 3, 2026.

7. As of the date of this filing, Respondents have failed to file an answer, a motion under Rule 12, or any other responsive pleading. Respondents have not filed a notice of appearance. No extension of time to respond has been sought or granted.

8. Respondents are not infants or incompetent persons, and are not in the military service of the United States within the meaning of the Servicemembers Civil Relief Act.

9. Respondents are therefore in default pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Petitioner respectfully requests that the Clerk of Court enter default against Respondents Internal Revenue Service, Scott Bessent, and Kenneth J. Kies pursuant to Federal Rule of Civil Procedure 55(a).

Dated: April 4, 2026

Respectfully submitted,

/s/ Beverley Jane Wellington
**BEVERLEY JANE WELLINGTON**
Petitioner, Pro Se
312 W. 2nd Street, #1550
Casper, WY 82601
bevwell@proton.me