**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BEVERLY JANE WELLINGTON,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>Defendants | ) | Case No. 1:26-cv-00045-TJK |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

On July 16, 2026, Plaintiff filed her Motion for leave to file a second amended Complaint. *See* ECFs 19 and 20. And the Court extended by Minute Order of July 30th Defendants' time within which to respond to Plaintiff's Motion for leave to amend to August 20, 2026.

Defendants do not oppose the pending Motion for leave to file her Second Amended Complaint. But if this Court grants Plaintiff's Motion, Defendants respectfully request the Court set their deadline to respond to the Second Amended Complaint 40 days after Plaintiff serves the Defendants with it. Rule 15(a)(3) provides that a party's time to respond to an amended complaint, "[un]less the court orders otherwise," "must be made within the time remaining to respond to the original pleading or within 14 days after the service of the amended complaint." Fed. Rule Civ. P. 15(a)(3). In this case, Defendants' response to the Second Amended Complaint will be due 14 days after service of it "unless the Court orders otherwise."

Defendants submit that they need 40 days from the time Plaintiff serves the Second Amended Complaint for two primary reasons. First, Defendants need the time and resources to

address the longer Second Amended Complaint as compared to the First Amended Complaint. Plaintiff's proposed Second Amended Complaint is twice as long as the First Amended Complaint as it consists of a total of 103 paragraphs whereas the First Amended Complaint consisted of just 50 paragraphs. And a review of the redlined version of the proposed Second Amended Complaint shows that most of the paragraphs in the Second Amended Complaint are significantly longer than the paragraphs in the First Amended Complaint. Second, the undersigned counsel has conflicts in other matters during the week of September 14th (including a motion for summary judgment due on September 17th) and the week of September 21st. Accordingly, this request for additional time is not made for purposes of delay but only to allow the undersigned counsel adequate time to respond to a substantially longer complaint in light of other competing obligations.

DATED: August 20, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
Trial Attorney (D.C. Bar # 497678)
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone: (202) 353-3850
Carmen.m.banerjee@usdoj.gov
*Counsel for the United States*

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2026, the foregoing was filed using the CM/ECF system, which will send notice of this filing to all parties registered to receive such notice.

*/s/ Carmen M. Banerjee*
CARMEN M. BANERJEE
Trial Attorney
Civil Division, Department of Justice